UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBRA J. KOOTSILLAS,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

CASE NO. 2:13-cv-13565

HON. MARIANNE O. BATTANI

**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING THE CASE WITH PREJUDICE**

On August 19, 2013, Plaintiff Debra J. Kootsillas filed the instant action seeking review of her claim for Supplemental Security Income Benefits under 42 U.S.C. § 405(g). A summons was issued, but service was never accomplished. The case was referred to Magistrate Judge Charles Binder pursuant to 28 U.S.C. § 636(b)(1). On February 13, 2014, the Magistrate Judge issued an Order to Show Cause why the case should not be dismissed for want of prosecution. Plaintiff did not respond.

On April 9, 2014, the Magistrate Judge issued a Report and Recommendation ("R&R") that the case be dismissed for want of prosecution under Fed. R. Civ. P. 41(b). The R&R provided that any objections must be filed within fourteen days of service, and that "[f]ailure to file specific objections constitutes a waiver of any further right of appeal." Plaintiff filed objections on May 1, 2014.

Plaintiff failed to comply with the Magistrate Judge's order mandating that objections be filed within 14 days of the R&R. In addition, the objections do not comply with the filing format set out in E.D. Mich. LR 5.1. The Court declines to address Plainitff's untimely objections, and thus Plaintiff waived any right to appeal the R&R.

Accordingly, the Court **ADOPTS** the Magistrate Judge's report and recommendation and **DISMISSES** the case **WITH PREJUDICE**.

**IT IS SO ORDERED.**

Date:   June 11, 2014

s/Marianne O. Battani  
MARIANNE O. BATTANI  
United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on June 11, 2014.

s/ Kay Doaks  
Case Manager